# In the United States Court of Federal Claims
(Pro Se)

|  |  |
|---|---|
| NIKOLA AND MARLENE GULAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 18-1917C<br>(Filed: March 20, 2019) |

## ORDER

On February 5, 2019, the Court ordered Plaintiffs to either (1) file a new, corrected application for leave to proceed in forma pauperis or (2) pay the required filing fee within thirty days. Docket No. 9. The deadline for compliance with the Court's order has now passed, and Plaintiffs have neither filed a new application to proceed in forma pauperis nor paid the filing fee. Accordingly, the Clerk of the Court is directed to dismiss this case pursuant to RCFC 41(b), for failure to comply with the Court's order. The dismissal shall be without prejudice.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge

7012 3460 0001 7791 8606